Stephen G. Larson, State Bar No. 145225
slarson@larsonllp.com
Stephen E. Bledsoe, State Bar No. 157811
sbledsoe@larsonllp.com
Rick Richmond, State Bar No. 194962
rrichmond@larsonllp.com
Paul A. Rigali, State Bar No., 262948
prigali@larsonllp.com
**LARSON, LLP**
555 Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BEYOND BUSINESS INCORPORATED, d/b/a BIG FISH BAIT & TACKLE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMPLIFY ENERGY CORPORATION, d/b/a BETA OFFSHORE, a Delaware Corporation; BETA OPERATING COMPANY, LLC, a Delaware Limited Liability Company; SAN PEDRO BAY PIPELINE COMPANY, a California Company,<br><br>Defendants. | Case No. 8:21-cv-01714-DOC-JDE<br><br>**DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 23(g)**<br><br>[*Filed concurrently with Motion for Appointment of Interim Co-Lead Class Counsel; [Proposed] Order*]<br><br>Date: December 6, 2021<br>Time: 8:30 a.m.<br>Courtroom: 9D |

# DECLARATION OF STEPHEN G. LARSON

I, Stephen G. Larson, hereby declare:

1. I am an attorney licensed to practice law before this Court and the courts of the State of California and the District of Columbia. I am a founding partner of the law firm Larson LLP, counsel for Beyond Business Incorporated, d/b/a Big Fish Bait & Tackle, in the above-entitled action. I have personal knowledge of all facts stated herein, except where otherwise noted, and could and would competently testify thereto if called upon to do so.

2. I submit this declaration in support of Plaintiff's concurrently-filed Motion for Appointment of Interim Co-Lead Class Counsel, Pursuant to Federal Rules of Civil Procedure Rule 23(g). Together with my colleagues at Larson LLP and the law firm McCune Wright Arevalo, LLP, I have been involved in investigating and drafting the claims in the above-entitled lawsuit.

3. My qualifications for this position include serving as both a United States Magistrate Judge and United States District Court Judge for the Central District of California, during which time I served by designation on the Ninth Circuit Court of Appeals on seven occasions, participating in approximately 40 decisions. As a federal judge for nearly a decade, I adjudicated over a thousand cases. Those cases include:

- *United States v. Nazario*, a Military Extraterritoriality Jurisdiction Act case involving U.S. Marines accused of manslaughter during the battle of Fallujah;
- *United States v. Duro*, a dispute involving the U.S. Bureau of Indian Affairs' efforts to close a major migrant worker camp on the Torres Martinez Indian Reservation in the Coachella Valley; and
- *John Doe v. County of San Bernardino*, where I supervised a consent decree that resulted in the systematic reform of educational and therapeutic services for disabled youth within the county juvenile hall system.

I also adjudicated a number of high-profile civil trials, including the determination of the ownership of copyrights involving Superman in *Siegel v. Warner Bros. Entertainment, Inc.* and a three-month trial in *Mattel, Inc. v. MGA Entertainment, et al.* I have also served on the Ninth Circuit Jury Instruction Committee responsible for formulating and revising the Ninth Circuit Model Jury Instructions. Furthermore, I have been appointed as a Special Master and Discovery Referee in numerous state and federal cases during the past decade, including the California State Court Opioid litigation (appointed by Judge Peter Wilson, Orange County Superior Court) and the JUUL Marketing MDL (appointed by Judge William Orrick, Northern District of California).

4. Prior to my service on the bench, I was appointed by Attorney General William P. Barr as an Assistant United States Attorney in the Central District of California. As a federal prosecutor, I tried 24 criminal trials and participated in 49 appeals before the Ninth Circuit. I was also appointed Chief of the Los Angeles Organized Crime Strike Force, working extensively with agents and officials from numerous state and federal civil and law enforcement agencies.

5. In 2009, I re-entered private practice, first as a trial lawyer with the Los Angeles-based plaintiffs' firm Girardi & Keese, and then as partner in the Los Angeles and San Francisco offices of Arent Fox LLP, a national firm. At Arent Fox LLP, I served as the firm-wide Chair of Complex Litigation, overseeing 100 lawyers. In 2016, I co-founded Larson LLP, formerly known as Larson O'Brien LLP, a litigation boutique focusing on complex commercial litigation, white collar criminal defense, regulatory disputes, and appeals.

6. My experience in private practice includes serving as counsel in the following MDL matters:

- *In Re: Fresh and Process Potatoes Antitrust Litigation,* 4:10-md-02186-BLW-CWD (D. Idaho), presided over by the Honorable B. Lynn Winmill;

- *In re Optical Disk Drive Products Antitrust Litigation,* 3:10-md-2143 RS (N.D. Cal.), presided over by the Honorable Richard Seeborg;
- *In re TFT-LCD (Flat Panel) Antitrust Litigation*, 3:07-md-1827 (N.D. Cal.), presided over by the Honorable Susan Illston.

7. In the last three years, I have obtained more than $370 million in recoveries for clients, representing plaintiffs in an array of complex disputes. These recoveries include a $154 million settlement in *In Re: Snap Inc. Securities Litigation,* 2:17-cv-03679, presided over by the Honorable Stephen V. Wilson. They also include a $65 million recovery from San Bernardino County for civil rights claims involving allegations of a retaliatory investigation and malicious prosecution, in *Colonies Partners LP v. County of San Bernardino,* 5:18-cv-00420, presided over by the Honorable Jesus Bernal; and a $65 million recovery from a regional healthcare provider and its founder in *United States ex rel. Karin Berntsen v. Prime Healthcare Services, Inc., et al.,* 11-cv-08214, a *qui tam* matter involving allegations that 14 hospitals submitted false claims to Medicare, presided over by the Honorable Patrick J. Walsh. Other recoveries include a settlement from an insurance company alleged to have underinsured dozens of homeowners whose properties burned during Northern California wildfires[1]; $4 million for the parents of a passenger killed in a traffic collision; $2 million for a surviving victim of the October 2017 mass shooting in Las Vegas; and a $10 million jury verdict for a victim of abuse.

8. Between 2016 and 2018, I served as lead counsel in the matters *State of Arizona v. Volkswagen AG, et al.,* Maricopa Superior Court, case number CV2016-005112, and *State of Oklahoma v. Volkswagen AG et al.,* 16-cv-759, in the Western District of Oklahoma. Both of those actions arose from allegations that Volkswagen

---

[1] I also represent 37 additional homeowners in an action against another insurance company who underinsured properties that were burned during Northern California wildfires.

violated state consumer protection laws in the "diesel dupe" scandal. Arizona obtained a $40 million settlement and was the first state to receive direct consumer restitution payments. The payments to Arizona were also four times what it would have received under the multi-state settlement. I brokered a similar $8.5 million settlement for Oklahoma.

9. I obtained a multimillion-dollar settlement for the Quapaw Nation and tribe members after 17 years of litigation before the U.S. Court of Federal Claims, regarding claims that the federal government mismanaged tribal assets. In a separate action before the District Court for the District of Columbia, I also secured a seven-figure judgment for an attorney in a fee dispute.

10. More recently, in partnership with McCune Wright Arevalo LLP, I represented hundreds of victims in the *Southern California Gas Leak Cases*, which involved a massive, months-long leak from a natural gas storage facility located in northwest Los Angeles County. This case, too, involved complex environmental and liability issues, in which a $1.8 billion settlement was recently announced, resolving the claims of more than 35,000 plaintiffs.

11. In the nearly six years since I co-founded Larson LLP, I have overseen the growth of the firm from 11 to 34 attorneys, with offices in Los Angeles, Orange County (Costa Mesa), and Washington, D.C. My colleagues at Larson LLP and I have been recognized for the firm's achievements by leading legal publications, including *Chambers*, *Benchmark Litigation, Best Lawyers,* and the *Daily Journal*. My colleagues—including veteran trial lawyers Steven E. Bledsoe, Rick L. Richmond, Scott A. Sommer, and Paul Rigali—also have a wealth of relevant class action and environmental experience and will assist me in the role as lead counsel. Messrs. Bledsoe, Richmond, Sommer, and Rigali are veterans of national law firms Kirkland & Ellis, Jenner & Block, Pillsbury Winthrop Shaw Pittman, and Arent Fox. Approximately 10 of the firm's associates have served as law clerks to federal judges.

12. My colleagues and I have represented clients as plaintiffs and defendants in many of California's largest environmental and enforcement actions. We have worked on Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA or "Superfund") enforcements, cost recovery, and clean up actions, and matters arising from the Resource Conservation and Recovery Act (RCRA), Clean Water Act, Clean Air Act, Waters of the United States (WOTUS) rule, California Environmental Quality Act (CEQA), and other state and federal environmental statutes and regulations. We have represented and advised plaintiffs and defendants, including municipal water districts, government entities, and potentially responsible parties at all stages of the CERCLA proceedings and Superfund litigation to remediate and restore groundwater contaminated by an array of volatile organic compounds and perchlorate.

13. These efforts include representing the Orange County Water District ("OCWD") in its efforts to remediate two plumes of volatile organic compounds that have polluted the groundwater basins in Orange County. In this capacity, we have counseled OCWD on its efforts to complete a remedial investigation and feasibility study and have the contaminated sites listed by the U.S. Environmental Protection Agency ("EPA") on the National Priorities List ("NPL"), which we successfully achieved for the North Basin in September 2020.

14. Prior to joining Larson LLP, Scott Sommer represented the City of Rialto for nearly a decade. Notably, he represented the City of Rialto during the city's litigation and regulatory efforts to remediate groundwater at a 160-acre site contaminated with perchlorate and other contaminants stemming from defense and fireworks manufacturing.

15. On the defense side, my colleagues and I have represented an oil company accused of violating the Clean Water Act and other statutes related to releases of oil; represented a municipal water district in a water rights dispute with a private water company alleged to have over pumped more than $50 million worth of

water; and represented an international corporation in connection with the District Attorney's investigation regarding the handling of hazardous waste materials and spills. We have also defended scores of companies in class action disputes involving California's Consumer Legal Remedies Act (CLRA); the Song-Beverly Act; the Fair Debt Collection Practices Act; the Rosenthal Fair Debt Collection Practices Act; the Telecommunications Consumer Protection Act (TCPA); the Securities and Exchange Act; and California's Unfair Competition Law (UCL).

16. Fourteen separate complaints, all asserting generally the same factual allegations and all but one purporting to seek certification of variously defined classes of parties injured by the oil spill—are currently pending before this Court:

| Case Name | Case No. | Date Filed |
|---|---|---|
| *Peter Moses Gutierrez v. Amplify Energy Corporation, et al.* | 8:21-cv-01628-DOC-JDE | 10/4/2021 |
| *Hill's Boat Service, Inc. v. Amplify Energy Corporation, et al.* | 8:21-cv-01734-DOC-JDE | 10/5/2021 |
| *Samuelian v. Amplify Energy, et al.* | 8:21-cv-01658-DOC-JDE | 10/6/2021 |
| *Banzai Surf Co v Amplify Energy* | 8:21-cv-01669-DOC-JDE | 10/7/2021 |
| *Quality Seafood v Amplify Energy* | 8:21-cv-01680-DOC-JDE | 10/8/2021 |
| *Davey's Locker Sportfishing, Inc. et al v. Amplify Energy Corporation, et al.* | 8:21-cv-01684-DOC-JDE | 10/11/2021 |
| *Ketcham Tackle, LLC v. Amplify Energy Corp., et al.* | 8:21-cv-01685-DOC-JDE | 10/11/2021 |
| *Newport Surfrider, LLC v. Amplify Energy Corporation, et al.* | 8:21-cv-01686-DOC-JDE | 10/11/2021 |
| *Bradley Bitton, et al. v. Amplify Energy Corporation, et al.* | 8:21-cv-01694-DOC-JDE | 10/12/2021 |
| *Whelan, et al. v. Amplify Energy Corporation, et al.* | 8:21-cv-01706-DOC-JDE | 10/13/2021 |
| *Beyond Business Incorporated v. Amplify Energy Corporation, et al.* | 8:21-cv-01714-DOC-JDE | 10/14/2021 |
| *N.S.T. v. Amplify Energy* | 8:21-cv-01722-DOC-JDE | 10/17/2021 |

| | | |
|---|---|---|
| *East Meets West Excursions, et al. v. Amplify Energy Corporation, et al.* | 8:21-cv-01725-DOC-JDE | 10/18/2021 |
| *Charlie's Gyros, Inc. v. Amplify Energy Corporation, et al.* | 8:21-cv-01738-DOC-JDE | 10/20/2021 |

17. I have extensively surveyed the related actions and the many highly qualified lawyers that filed them in an effort to envision a leadership structure that would be best suited to represent the Southern California victims of this environmental disaster. The 14 related actions have been brought by 22 law firms with 57 attorneys of record appearing on the Court's dockets. Of these 22 firms, nearly half (10) are headquartered in Northern California's Bay Area; two are headquartered outside the State of California; and one firm based in Orange County was not seeking relief on behalf of a class. Of the lawyers and firms with long-standing roots in Los Angeles and Orange County, I believe that myself and Wylie Aitken of Aitken * Aitken * Cohen are the most qualified to lead a litigation of this magnitude and to obtain just and appropriate relief for the victims of this environmental disaster.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of November, 2021, at Los Angeles, California.

/s/ Stephen G. Larson
Stephen G. Larson

7
DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL