**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| BEYOND BUSINESS INCORPORATED, d/b/a BIG FISH BAIT & TACKLE, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>AMPLIFY ENERGY CORPORATION d/b/a BETA OFFSHORE, et al.,<br><br>        Defendants. | Case No. 8:21-cv-01714-DOC-JDE<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR COURT ORDER REQUIRING DEFENDANTS TO PROVIDE NOTICE BEFORE TAKING ANY ACTION THAT COULD POTENTIALLY SPOLIATE EVIDENCE** |

On October 2, 2021, and for an undetermined period before, crude oil was released from a cracked section of an oil pipeline, known as the San Pedro Bay Pipeline, located off the Orange County, California coastline. Defendants own and/or operate the San Pedro Bay Pipeline and the Elly Processing Platform (collectively "Oil System"), which controls the transportation of crude oil through the pipeline. Plaintiffs brought several causes of action against Defendants on October 14, 2021. On November 8, 2021, Plaintiffs filed an *Ex Parte* Application for an Order Requiring Defendants to Provide Notice Before Taking Any Action that Could Potentially Spoliate Evidence. Having read and considered all papers, and after affording Defendants an opportunity to respond, with good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED AS FOLLOWS:**

1. The Court finds that the nature and complexity of the cause of and response to the oil spill at issue injects a high degree of uncertainty and confusion into the normal process by which parties navigate the evidentiary and discovery process. The Court finds that the considerations associated with evidence preservation are unique and atypical due, in part, to the multi-agency and multi-jurisdictional investigations into the oil spill, of which Defendants' cooperation and/or participation may play a part. The Court also finds that the geographic and physical landscape of the Oil System are considerations that elevate the risks associated with evidence preservation.

2. The Court finds that Defendants, as parties to the present lawsuit with greater knowledge of who possesses control over or access to the Oil System and any components thereto, are in the best position to provide prompt notice to Plaintiffs of any actions, constructively or otherwise, they intend to take or expect to be taken (by themselves or others) with respect to the Oil System and any components thereto. The Court, therefore, **ORDERS:**

Defendants AMPLIFY ENERGY CORPORATION, BETA OPERATING COMPANY, LLC, and SAN PEDRO BAY PIPELINE COMPANY, shall notify Plaintiffs in writing before Defendants take any action that will result in spoliation of the evidence, including repair, replacement, modification, alteration, update, removal, transportation, disposal, and/or any other similar activity that could possibly lead to the spoliation of evidence, relating to the San Pedro Bay Pipeline, Elly Processing Platform, and any individual component related to the San Pedro Bay Pipeline and Elly Processing Platform.

**IT IS SO ORDERED.**

Date:   November 17, 2021

*David O. Carter*

Honorable David O. Carter
United States District Judge